**2003–0012. State v. Thompson.**
Cuyahoga App. No. 79334, 2002-Ohio-5957. Reported at 98 Ohio St.3d 1512, 2003-Ohio-1572, 786 N.E.2d 62. On motion for reconsideration. Motion denied.

Cook, J., not participating.

**2003–0082. State v. Bennett.**
Hamilton App. Nos. C–010496 and C–010534, 2002-Ohio-6651. Reported at 98 Ohio St.3d 1514, 2003-Ohio-1572, 786 N.E.2d 63. On motion for reconsideration. Motion denied.

Moyer, C.J., Resnick and Pfeifer, JJ., dissent.

**2003–0111. Sisson v. Zaino.**
Board of Tax Appeals, No. 1999–L–1352. Reported at 98 Ohio St.3d 1507, 2003-Ohio-1572, 786 N.E.2d 58. On motion for reconsideration and motion for stay of April 2, 2003 judgment entry pending ruling on motion for reconsideration. Motions denied.

Cook, J., not participating.

[Cite as *05/16/2003 Case Announcements #1,* 2003-Ohio-2480.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 16, 2003*

## APPEALS ACCEPTED FOR REVIEW

**2003–0270. Dalton v. Travelers Ins. Co.**
Stark App. No. 2001CA00380, 2002-Ohio-7369. Discretionary appeal and cross-appeal allowed; cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; and briefing schedule stayed.

Resnick, J., would deny the appeal, allow the cross-appeal on Propositions of Law Nos. I and II, reverse the judgment of the court of appeals on these two propositions of law, and remand the cause to the trial court for further proceedings consistent with *Ferrando v. Auto–Owners Mut. Ins. Co.,* 98 Ohio St.3d 186, 2002-Ohio-7217, 781 N.E.2d 927.

F.E. Sweeney and Pfeifer, JJ., dissent and would deny the appeal and cross-appeal.

**2003–0301. Westfield Ins. Co. v. Wausau Business Ins. Co.**
Stark App. Nos. 2002CA00138 and 2002CA00150, 2002-Ohio-7391. Discretionary appeal allowed and cause held for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson,* Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404; briefing schedule stayed.

Resnick, F.E. Sweeney and Pfeifer, JJ., dissent.

**2003–0448. Dalton v. Travelers Ins. Co.**
Stark App. No. 2001CA00380, 2002-Ohio-7369. Discretionary appeal allowed.

Pfeifer, J., would also reverse and remand per *Ferrando v. Auto–Owners Mut. Ins. Co.,* 98 Ohio St.3d 186, 2002-Ohio-7217, 781 N.E.2d 927.

Moyer, C.J., Lundberg Stratton and O'Connor, JJ., dissent.

